IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. MICHAEL A. WEINER, *et al.*, | No. C 10-5785 SI |
| Plaintiffs, | **ORDER COMPELLING PARTIES TO ARBITRATE DISPUTE** |
| v. | |
| THE ORIGINAL TALK RADIO NETWORK, | |
| Defendant. | |

In an order filed March 14, 2011, the Court granted defendant's motion to compel arbitration and directed the parties to file any objections to proceeding with arbitration pursuant to AAA by March 21, 2011. Neither party has filed an objection, and accordingly the Court ORDERS the parties to proceed with arbitration pursuant to AAA. This case is STAYED pending arbitration.

**IT IS SO ORDERED.**

Dated: April 22, 2011

SUSAN ILLSTON
United States District Judge