**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DR. MICHAEL A. WEINER, F/K/A Michael Savage**, *et al.*,<br><br>       **Plaintiff(s),**<br><br>   **vs.**<br><br>**ORIGINAL TALK RADIO NETWORK INC., D/B/A Talk Radio Network Inc.,**<br><br>       **Defendant(s).** | **Case No.: 10-CV-05785 YGR**<br><br>**ORDER STRIKING DISCOVERY MOTION** |

The Defendant has filed a Motion for Leave to Take Limited Discovery in Post-Arbitration Proceedings. (Dkt. No. 34.) The filing does not comply with this Court's Standing Order in Civil Cases at paragraph 8:

> a.     Except as specifically set forth below, no motions regarding discovery disputes may be filed without prior leave of Court. If a dispute arises during a deposition and involves a persistent obstruction of the deposition or a refusal to answer a material question on the basis of any ground other than privilege or the work product doctrine, counsel may arrange a telephonic conference with the Court through contact with the Courtroom Deputy, Frances Stone, at (510) 637-3540. Any such conference shall be attended by the court reporter recording the deposition.
>
> b.     All other requests for discovery relief must be summarized jointly by the parties in a *joint* letter brief no longer than four pages. The joint letter brief must attest that, prior to filing the request for relief, counsel met and conferred *in person* and must concisely summarize those remaining issues that counsel were unable to resolve. The joint letter brief may cite to limited and specific legal authority only for resolution of dispositive issues. The joint letter brief may not be accompanied by declarations; however any specific excerpt of disputed discovery material may be attached. The Court will then advise the parties if additional briefing, a telephonic conference, or a personal appearance will be necessary.

The Court **STRIKES** Defendant's Motion for Leave to Take Limited Discovery in Post-Arbitration Proceedings (Dkt. No. 34) for failure to comply with the Court's Standing Order by:

    __X__ Filing a motion regarding discovery without leave of Court;

    __X__ Not submitting a joint letter brief;

    __X__ Failing to attest that counsel has met and conferred in person;

    __X__ Failing to summarize the issues remaining following a meet and confer;

    __X__ Failing to provide the Court with limited and specific legal authority to resolve the issues.

*Only* upon receipt of a letter brief filed in compliance with this Court's Standing Order will the Court advise the parties *if* additional briefing, a telephonic conference or a personal appearance will be required.

**IT IS SO ORDERED.**

Dated: November 9, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**