UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. MICHAEL A. WEINER, F/K/A Michael Savage, *et al.*,<br><br>Plaintiff(s),<br><br>vs.<br><br>ORIGINAL TALK RADIO NETWORK INC., D/B/A Talk Radio Network Inc.,<br><br>Defendant(s). | Case No.: 10-CV-05785 YGR<br><br>ORDER TO SHOW CAUSE REGARDING DEFENDANT'S FAILURE TO COMPLY WITH CIVIL LOCAL RULE 7-2(b) AND THE COURT'S STANDING ORDER IN CIVIL CASES REGARDING DISCOVERY MOTIONS |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Civil Local Rule 7-2(b) provides that, unless the Court expressly orders otherwise, a motion may not exceed 25 pages in length. Civ. L.R. 7-2(b) ("one filed document not exceeding 25 pages in length"). Defendant's Motion to Vacate Arbitration Award (Dkt. No. 33) is 34 pages in length.

Paragraph 8 of the Court's Standing Order in Civil Cases requires that "no motions regarding discovery disputes may be filed without prior leave of Court" and that "requests for discovery relief must be summarized jointly by the parties in a *joint* letter brief no longer than four pages." (Standing Order in Civil Cases ¶ 8 (emphasis in original)). Defendant has filed a discovery motion (Dkt. No. 34) without leave of Court.

Counsel for Defendant are hereby **ORDERED TO SHOW CAUSE** why they should not be sanctioned for failing to comply with the page limitation of Civil Local Rule 7-2(b) and this Court's Standing Order in Civil Cases, which may include striking pages 26-34 of the Motion to Vacate, except for the signature block.

A hearing on this Order to Show Cause shall be held on **Friday, November 30, 2012**, on the Court's **9:01 a.m.** Calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 5. Counsel for Defendant must file a written response to this Order to Show Cause by no

later than **Friday, November 16, 2012** explaining counsels' failure to comply with the above rules, as well as certifying that counsel have personally read and familiarized themselves with both the Civil Local Rules and the Court's Standing Order in Civil Cases.  Counsel with *pro hac vice* applications pending shall also so certify.  Defendant's counsel shall be required to appear personally at the hearing.

If the Court is satisfied with Defendant's counsels' response(s), it will consider taking the Order to Show Cause hearing off calendar.

**IT IS SO ORDERED.**

Dated: November 9, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**