**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DR. MICHAEL A. WEINER F/K/A Michael Savage *et al.*,**<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>**ORIGINAL TALK RADIO NETWORK INC.,**<br><br>　　　　Defendant(s). | Case No.: 10-CV-05785 YGR<br><br>**ORDER CONTINUING MOTION HEARING** |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE HEREBY NOTIFIED THAT the Hearing on Plaintiffs' Motion to Confirm Arbitration Award (Dkt. No. 30) is **CONTINUED** from December 4, 2012 to **Tuesday, January 15, 2013** at **2:00 p.m.** in the Ronald V. Dellums Federal Building, located at 1301 Clay Street, Oakland, California, Courtroom 5.

Defendant's Administrative Motion to Consolidate Hearing Schedule (Dkt. No. 36) is, therefore, **GRANTED IN PART** and **DENIED IN PART**.

This Order Terminates Docket Number 36.

**IT IS SO ORDERED.**

Date: November 30, 2012

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**