DANIEL HOROWITZ CSBN No. 92400
Law Offices of Daniel Horowitz
P.O. Box 1547
Lafayette, California 94549

(925) 283-1863
E-mail: Horowitz@WhiteCollar.US

Attorney for Dr. Weiner, et al.
Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

DR. MICHAEL A. WEINER,
et al.,

        Plaintiffs,

vs.

ORIGINAL TALK RADIO NETWORK
et al.,

        Defendants.
_____/

Case No. C 10-5785 YGR

**DECLARATION OF DANIEL HOROWITZ**

I, Daniel Horowitz declare as follows:

1. John Shoreman and I have discussed the proposed Judgment but he objects to the form. I am attaching as Exhibit A to this declaration, the email that he sent which sets forth his objections.   Since that time, I added the introductory paragraph which references and confirms the award but I understand that this does not resolve his objections.

2. I have calculated interest as follows:

.09 / 365 yields interest of .0024657 per day

3. February 29, 2012 to May 16, 2013 (2/29/2012 - 3/1/2013 = 365 days) plus 77 days to May 16 = 442 days.

1

1      4.  $442 * .0024657 = 1.0898394 * 824{,}666.22 = \$898{,}753.73$.

2      I have used this number for the Judgment amount.

3      5. I calculate daily interest at $ 203.34 per day.

4      6. Therefore, the judgment as of May 16, 2013 should be $ 898,753.73 with $ 203.34
5 added per day.

6      I declare the above to be true and correct under penalty of perjury.  Executed this 16th
7 day of May, 2013 at Lafayette, California.

                                          _____//s//_____
                                                         Daniel Horowitz
                                                         Attorney for Plaintiffs

1
2
3  **EXHIBIT A**
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



**For the best experience, open this PDF portfolio in Acrobat X or Adobe Reader X, or later.**

Get Adobe Reader Now!