**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DR. MICHAEL A. WEINER** *et al.*,<br>      **Plaintiffs,**<br>   vs.<br>**ORIGINAL TALK RADIO NETWORK, INC.,**<br>      **Defendants.** | Case No.: 10-CV-05785 YGR<br>**JUDGMENT** |

Having Granted the Motion to Confirm the Arbitration Award, it is **ORDERED, ADJUDGED AND DECREED** that, the Arbitration Award, attached as Exhibit A, is incorporated by reference herein as the **JUDGMENT** of the Court. It is further **ORDERED, ADJUDGED AND DECREED** that said **JUDGMENT** is hereby **ENTERED** in favor of Plaintiffs Dr. Michael A. Weiner a/k/a Michael Savage and Savage Productions Inc., and against Defendant, Original Talk Radio Network, Inc. d/b/a Talk Radio Network Inc.

This Order fully disposes of the controversy. The Clerk shall close the case file.

**IT IS SO ORDERED.**

Dated: June 10, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**