UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL A. WEINER, ET AL.**, <br> Plaintiffs, <br> v. <br> **ORIGINAL TALK RADIO NETWORK INC.**, d/b/a/ Talk Radio Network Inc., <br> Defendant. | Case No.  10-cv-05785-YGR <br><br> **ORDER DENYING WITHOUT PREJUDICE REQUEST FOR SERVICE OF PROCESS BY REGISTERED PROCESS SERVER** <br><br> Re: Dkt. No. 90 |

On November 2, 2015, plaintiff filed a "Request and Order for Service of Process by Registered Process Server." (Dkt. No. 90.)  The request is **DENIED WITHOUT PREJUDICE** to plaintiff re-submitting the proposed order along with an application providing a proper basis for therefor.

**IT IS SO ORDERED.**

Dated: November 4, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**