MARTIN B. GREENBAUM – CSB No. 45268
GREENBAUM LAW GROUP LLP
840 Newport Center Drive, Suite 720
Newport Beach, CA 92660
Telephone: (949) 760-1400
Facsimile: (949) 760-1300

Attorneys for Plaintiffs/Judgment Creditors

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DR. MICHAEL A. WEINER, et al., | ) CASE NO. 10-CV-05785 YGR |
|---|---|
| Plaintiffs, | ) REQUEST AND [PROPOSED] ORDER FOR SERVICE OF PROCESS BY REGISTERED PROCESS SERVER |
| vs. | ) |
| ORIGINAL TALK RADIO NETWORK, INC., etc., | ) [Rules 4.1(a) and 49 of the Federal Rules of Civil Procedure] |
| Defendant. | ) [No Hearing Required] |

MARTIN B. GREENBAUM, declares:

1. I am an attorney for the Plaintiffs/Judgment Creditors in this action.

2. Plaintiffs, DR. MICHAEL A. WEINER aka MICHAEL SAVAGE and SAVAGE PRODUCTIONS, INC., pursuant to the provisions of Rules 69, 4.1(a) and 49 of the Federal Rules of Civil Procedure, request that a Registered Process Server be appointed and authorized to act on behalf of the U.S. Marshal.

3. FRCP Rule 69 provides as follows:
FRCP Rule 69. Execution
(a) IN GENERAL.

> (1) *Money Judgment; Applicable Procedure.* A money judgment is enforced by a Writ of execution, unless the court directs otherwise. The procedure on execution—and in proceedings supplementary to and in aid of judgment or execution—must accord with the procedure of the state where the court is located, but a federal statute governs to the extent it applies.

4. Plaintiff has obtained a Writ of Execution from the U.S. District Court Clerk. A true and correct copy is attached as Exhibit A.

5. The State Court procedure is to have the Sheriff of the County to which the Writ of Execution is issued serve the Writ on the party subject to service. However the Sheriff of the County in California will not serve a Writ of Execution unless issued by the Clerk of a Superior Court of California. This means that the Sheriff will not serve or levy a Writ of Execution issued from a Federal court.

6. The method of levy is to have the U.S. Marshal serve the Writ of Execution instead of the Sheriff in the County. However the U.S. Marshal does not serve Writs of Execution and requires Judgment Creditors to have a private registered process server appointed to do the physical tasks of going to the location and serving the Writ, all on behalf of the U.S. Marshal.

7. We have been advised that the San Francisco U.S. Marshal requires a court order that the private process server be allowed to act in its name even though there is no other alternative.

8. This request is made to comply with the requirements of the U.S. Marshal's Office for a Court Order allowing a Private Registered Process Server to physically carry the documents for service and report back to the U.S. Marshal's office directly. The U.S. Marshal's Office will remain the levying officer.

9. The attorney service used by Plaintiff/Judgment Creditor's attorney is ABC Legal Services, Inc., who has experience in service of Federal Writs of Execution. Its process servers are at least 18 years of age, of suitable discretion, and are not a party to the within action.

10. It is respectfully requested that ABC Legal Services, Inc., who has experience in service of Federal Writs of Execution and whose process servers are at least 18 years of age, of suitable discretion and are not a party to the within action, be authorized and appointed to serve the Writs in the above case. The U.S. Marshal's Office will remain the levying officer.

REQUEST AND ORDER FOR SERVICE OF PROCESS BY REGISTERED PROCESS SERVER

1  I declare under penalty of perjury that the foregoing is true and correct.  Executed on
2  November 11, 2015 at Newport Beach, California
3
4  $\quad\quad\quad\quad\quad\quad\quad\quad$ ( signature on Dkt. No. 92)
   $\quad\quad\quad\quad\quad\quad\quad\quad\quad\quad$ MARTIN B. GREENBAUM
5  $\quad\quad\quad\quad\quad\quad\quad\quad\quad\quad$ Attorney for Judgment Creditor
6
7  IT IS ORDERED that ABC Legal Services, Inc., as a registered process server and using
8  an employee who is at least 18 years of age, of suitable discretion, and not a party to the within
9  action, be authorized and appointed to serve the Writs in the above case.  The U.S. Marshal's
10 Office will remain the levying officer.
11 $\quad$ This Order terminates Docket Number 92.
12
13 Dated: November 1: , 2015
14 $\quad\quad\quad\quad\quad\quad\quad\quad\quad\quad$ YVONNE GONZALEZ ROGERS
   $\quad\quad\quad\quad\quad\quad\quad\quad\quad\quad\quad$ United States District Court Judge
15

REQUEST AND ORDER FOR SERVICE OF PROCESS BY REGISTERED PROCESS SERVER